■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD MACK, Appellant. [31 NYS3d 897]—Appeal by the defendant from an order of the Supreme Court, Kings County (Garnett, J.), dated April 10, 2013, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The Supreme Court providently exercised its discretion in determining that the defendant was not entitled to a downward departure from his presumptive risk level and, thus, properly designated him a level three sex offender (see *People v Gillotti*, 23 NY3d 841, 861 [2014]; *People v Gordon*, 133 AD3d 835, 836-837 [2015]; *People v Wyatt*, 89 AD3d 112 [2011]; *People v Wragg*, 41 AD3d 1273, 1274 [2007]). Mastro, J.P., Sgroi, Duffy and Brathwaite Nelson, JJ., concur.